OFFICE OF DISCIPLINARY COUNSEL *v.* LEVIN.

[Cite as *Disciplinary Counsel v. Levin* (1994), 69 Ohio St.3d 1222.]

(No. DD 87–3—Submitted June 15, 1994—Decided June 20, 1994.)

For earlier case, see *Disciplinary Counsel v. Levin* (1988), 35 Ohio St.3d 4, 517 N.E.2d 892.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.